UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. VALLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN L MARTIN, et al.,<br><br>        Defendants. | Case No. 16-cv-00870-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 27 |

Good cause appearing, Plaintiff's motion for an extension of time to file an opposition to Defendants' motion for summary judgment is GRANTED. Plaintiff shall file his opposition no later than **January 20, 2017**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 27.

**IT IS SO ORDERED.**

Dated: 11/21/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge