UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID G. VALLEY,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN L MARTIN, et al.,<br><br>    Defendants. | Case No. 16-cv-00870-HSG (PR)<br><br>**JUDGMENT** |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, judgment is entered in favor of Defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/21/2017

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge